OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.


Saenz, Appellee, v. Industrial Commission of Ohio et al., Appellants.
[Cite as Saenz v. Indus. Comm. (1993),      Ohio St.3d     .]
Workers' compensation -- Industrial Commission improperly orders
      permanent total disability compensation suspended while
      claimant is incarcerated in a federal prison.
      (No. 92-1755 -- Submitted November 10, 1993 -- Decided
December 29, 1993.)


      Appeal from the Court of Appeals for Lucas County, No. L-91-251.
      Gallon & Takacs Co., L.P.A., and Theodore A. Bowman, for appellee.
      Lee I. Fisher, Attorney General, Diane J. Karpinski and Cash Mischka, Assistant Attorneys General, for appellants.


      The judgment of the court of appeals is affirmed on authority of State ex rel. Brown v. Indus. Comm. (1993), Ohio St.3d    ,      N.E.2d    .
      Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
      Wright, J., dissents for the reasons stated in his dissent in State ex rel. Brown v. Indus. Comm. (1993), 68 Ohio St.3d 45,    ,      N.E.2d    ,    .